[No. 13439-0-II.   Division Two.   March 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
EUGENE LANE, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for Pierce
County, No. 88-1-02133-5, Waldo F. Stone, J., entered December 6 and 13, 1989. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Morgan, J., concurred
in by Alexander, C.J., and Green, J. Pro Tem.

[No. 11780-4-III.   Division Three.   March 9, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE
ZINKE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-00279-2, Michael W. Leavitt, J., entered
August 9, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.